**Appeal Dismissed and Memorandum Opinion filed March 28, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00125-CV

### KENNETH JOHNSON, Appellant

### V.

### JONATHAN BOWEN, Appellee

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1104300**

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 1, 2018. The notice of appeal was filed February 11, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On February 27, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid for the record or made arrangements to pay for the record and provided this court with proof of payment.

*See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.